# FAIRFAX CIRCUIT COURT

YECENIA AMAYA
8635 Village Way
Alexandria, VA 22309

   PLAINTIFF,

v.

SPARKLECLEAN LLC
6801 Richmond Highway, Suite 202
Alexandria, VA 22309

      Serve:  Sarah Pelletier
               12407 Harbor Drive
               Woodbridge, VA 22192

SARAH PELLETIER
12407 Harbor Drive
Woodbridge, VA 22192

   DEFENDANTS.

*  *  *  *  *  *  *  *  *  *  *  *  *

Case No.: **2019 07381**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

The plaintiff, Yecenia Amaya ("Plaintiff"), submits this Complaint against SparkleClean

LLC and Sarah Pelletier (collectively, "Defendants") to recover damages under the Fair Labor

Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA") as set forth below.

## PARTIES AND JURISDICTION

1.     Plaintiff is an adult resident of Virginia.

2.     Defendant SparkleClean LLC is a Virginia limited liability company operating

Sparkle Clean Maid Service, a house cleaning service with its principal office located at 6801

Richmond Highway, Suite 202, Arlington, Virginia ("SparkleClean").

3.     Defendant Sarah Pelletier ("Pelletier") is an adult resident of Virginia and an owner

of defendant SparkleClean.



EXHIBIT
A

4.     At all times relevant to this Complaint, Pelletier made all relevant decisions regarding Plaintiff's compensation.

5.     At all times relevant to this Complaint, Plaintiff was an employee of Defendants within the meaning of 29 U.S.C. §203(e)(1).

6.     At all times relevant to this Complaint, Plaintiff was an employee engaged in commerce and/or an employee in an enterprise engaged in commerce within the meaning of 29 U.S.C. §§206(a) and 207(a)(1).

7.     At all times relevant to this Complaint, Defendants were each and all employers as that term is defined by 29 U.S.C. §203(d).

8.     Plaintiff claims more than $4,500 in damages.

## FACTS

9.     Plaintiff worked for Defendants as a maid in their house-cleaning service from around August 17, 2016 until around March 5, 2019.

10.    Defendants initially paid Plaintiff a daily rate of $90.00 and, beginning with the week ending May 14, 2017, a daily rate of $92.00.

11.    During most weeks of her employment, Plaintiff worked an average of around 9 hours per day from Monday through Friday for a total of around 45 hour per week.

12.    In some weeks, Plaintiff also worked on Saturdays, when she averaged around 11 hours, for a total of around 56 hours per week.

13.    Defendants never paid Plaintiff at the overtime premium rate of one and one-half times her regular rate for all hours over forty worked in each one-week period.

## COUNT I
### Violation of Fair Labor Standards Act
### (Overtime)

14.     Plaintiff re-alleges and re-asserts each and every allegation set forth above as if each were set forth herein.

15.     The FLSA mandates that employers must pay non-exempt employees overtime wages in the amount of one-and-one-half times the employee's lawful hourly rate of pay for all hours worked per week in excess of forty.

16.     Defendants' failure and refusal to pay Plaintiff as required by the FLSA was willful and not in good faith inasmuch as Defendants were aware or reasonably should have been aware of their obligation to pay Plaintiff consistent with the FLSA but did not do so.

17.     As a result of Defendants' unlawful conduct, Plaintiff suffered a loss of wages.


## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully request that this Court:

1.     Order Defendants to pay to Plaintiff all overtime wages owed, consistent with the Fair Labor Standards Act;

2.     Award Plaintiff liquidated damages for all overtime wages owed pursuant to 29 U.S.C. §216(b);

3.     Award Plaintiff her reasonable attorney's fees and costs; and

5.     Award Plaintiff such other legal and equitable relief as the Court deems appropriate.

Respectfully submitted,

Gregg C. Greenberg (Bar No. 79610)
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
Tel: 301-587-9373
Fax: 240-839-9142
ggreenberg@zagfirm.com

*Counsel for Plaintiff*

4

**COMMONWEALTH OF VIRGINIA
CIRCUIT COURT OF FAIRFAX COUNTY
4110 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA 22030
703-691-7320
(Press 3, Press 1)**

FILED
CIVIL INTAKE
2019 JUN 17 PM 2: 15
JOHN T. FREY
CLERK, CIRCUIT COURT
FAIRFAX, VA

Yecenia Amaya vs. Sparkleclean LLC et al.

CL-2019-0007381

TO:   Sarah Pelletier
      12407 Harbor Drive
      Woodbridge VA 22192

**SUMMONS – CIVIL ACTION**

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.**

Done in the name of the Commonwealth of Virginia, on May 30, 2019.

JOHN T. FREY, CLERK

By: _____
              Deputy Clerk

**Plaintiff's Attorney:  Gregg C. Greenberg**

SPS

**VIRGINIA:**

### IN THE CIRCUIT COURT OF FAIRFAX COUNTY

### PROOF OF SERVICE

Yecenia Amaya
    **Plaintiff**
**VS**

Sparkleclean LLC et al.
    **Defendant**

CL-2019-0007381
Subtype: Summons/Complaint
Serve: Sarah Pelletier

STATE OF _Maryland_

CITY/COUNTY OF _Montgomery_ , to wit:

This day _Richard Fallon_

personally appeared before the undersigned Notary Public in and for the City/County and State

aforesaid; and, having been first duly sworn according to law, deposes and states as follows: that

he/she is not a party to, or otherwise interested in, the subject matter in controversy in the within

cause, that he/she is over the age of 18 years; that on the 10TH day of _June_ , 20 19 , at

_2:00_ o'clock _P_ .m. he/she served the within Complaint, in person, on the Defendant

_SARAH PELLETIER at 12407 HARBOR DRIVE_

_WOODBRIDGE, VA 22192_

_____ and the Defendant (is) is not a

resident of the State of Virginia.

_RICHARD H. FALLON_      _PPS_
      **AFFIANT**                **TITLE**

    Subscribed and sworn to before me in my City/County and State aforesaid, this
_11th_ day of _June_ , 20 19 .

_____
   **NOTARY PUBLIC**

Notary ID #: _____

My Commission expires: _9/23/2020_

BRENDA L. ARIAS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires September 23, 2020

SPS

**VIRGINIA:**

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

### PROOF OF SERVICE

Yecenia Amaya
    **Plaintiff**
**VS**

Sparkleclean LLC et al.
    **Defendant**

CL-2019-0007381
**Subtype: Summons/Complaint**
**Serve: Sparkleclean LLC**

FILED
CIVIL INTAKE
2019 JUN 17 PM 2: 16
JOHN T. FREY
CLERK, CIRCUIT COURT
FAIRFAX. VA

STATE OF _Maryland_

CITY/COUNTY OF _Montgomery_ , to wit:

This day _Richard Fallin_

personally appeared before the undersigned Notary Public in and for the City/County and State

aforesaid, and, having been first duly sworn according to law, deposes and states as follows: that

he/she is not a party to, or otherwise interested in, the subject matter in controversy in the within

cause, that he/she is over the age of 18 years; that on the _10TH_ day of _JUNE_ , 20 _19_ , at

_2:00_ o'clock _P_ .m. he/she served the within Complaint, in person, on the Defendant

_SARAH PELLETIER at 12407 HARBOR DRIVE_

_WOODBRIDGE, VA 22192_

_____ , and the Defendant (is) is not a

resident of the State of Virginia.

_RICHARD FALLIN_      _PPS_
      **AFFIANT**              **TITLE**

Subscribed and sworn to before me in my City/County and State aforesaid, this

_11th_ day of _June_ , 20 _1 9_ .

_Brenda Arias_
**NOTARY PUBLIC**

Notary ID #: _____

My Commission expires: _9/23/2020_

BRENDA L. ARIAS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires September 23, 2020